Núm. 8506.—PUEBLO, apldo. *v.* PACHECO, aplte.— Diciembre 16, 1940.

Llamada a la vista en el día de hoy la moción del Fiscal solicitando la desestimación del recurso, sólo dicho Fiscal compareció. El Secretario dió cuenta con una moción del acusado desistiendo de la apelación con ciertas reservas y la Corte resolvió declarar con lugar la moción de desestimación, porque no siendo apelable la resolución recurrida debe desestimarse, como se desestima, el recurso.